IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cecchin, Vicky G

Printed: 9/23/08

Case Number: 06 B 00328
Judge: Squires, John H

Filed: 1/13/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed - No Disch: August 4, 2008
Confirmed: March 1, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 41,780.37 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 32,929.20 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,500.00 |
| Trustee Fee: |  | 1,950.03 |
| Other Funds: |  | 4,401.14 |
| Totals: | 41,780.37 | 41,780.37 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,500.00 | 2,500.00 |
| 2. | Metropolitan L Fed Credit | Secured | 0.00 | 0.00 |
| 3. | Metropolitan L Fed Credit | Unsecured | 2,931.44 | 2,931.44 |
| 4. | Capital One | Unsecured | 546.82 | 546.82 |
| 5. | Illinois Student Assistance Commission | Unsecured | 23,100.39 | 20,673.60 |
| 6. | US Bank | Unsecured | 4,663.49 | 4,663.49 |
| 7. | Action Card | Unsecured | 518.83 | 518.83 |
| 8. | Quick Payday | Unsecured | 495.97 | 495.97 |
| 9. | Resurgent Capital Services | Unsecured | 1,694.07 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 1,826.60 | 1,826.60 |
| 11. | ECast Settlement Corp | Unsecured | 1,272.45 | 1,272.45 |
| 12. | Cash Today | Unsecured |  | No Claim Filed |
| 13. | ICS | Unsecured |  | No Claim Filed |
| 14. | Chicago Lakeshore Hospital | Unsecured |  | No Claim Filed |
| 15. | Cash Net | Unsecured |  | No Claim Filed |
| 16. | Chicago Lakeshore Hospital | Unsecured |  | No Claim Filed |
| 17. | IDAPP | Unsecured |  | No Claim Filed |
| 18. | Instant Cash Advance | Unsecured |  | No Claim Filed |
| 19. | National Opportunities Inlimited Inc | Unsecured |  | No Claim Filed |
| 20. | HSBC Bank USA | Unsecured |  | No Claim Filed |
| 21. | Sprint PCS | Unsecured |  | No Claim Filed |
| 22. | No Fxing Payday Loan.Com | Unsecured |  | No Claim Filed |
| 23. | Northwestern Memorial Hospital | Unsecured |  | No Claim Filed |
| 24. | Northwestern Memorial Hospital | Unsecured |  | No Claim Filed |
| 25. | Northwestern Memorial Hospital | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Cecchin, Vicky G | Case Number: 06 B 00328 |
|---|---|
| | Judge: Squires, John H |
| Printed: 9/23/08 | Filed: 1/13/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Northwestern Surgical Assoc | Unsecured | | No Claim Filed |
| 27. | PAY ADVANCE | Unsecured | | No Claim Filed |
| 28. | United Cash Loans | Unsecured | | No Claim Filed |
| 29. | 500 Fast Cash | Unsecured | | No Claim Filed |
| 30. | STARLIGHT | Unsecured | | No Claim Filed |
| 31. | Pay Day OK | Unsecured | | No Claim Filed |

　　　　　　　　　　　　　　　　　　　　　　_____　　　_____
　　　　　　　　　　　　　　　　　　　　　　$ 39,550.06　　　$ 35,429.20

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 397.22 |
| 5% | 251.95 |
| 4.8% | 449.25 |
| 5.4% | 848.06 |
| 6.5% | 3.55 |
| | _____ |
| | $ 1,950.03 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

